**FILED**

AUG 1 9 2009

Clerk, U.S. District and Bankruptcy Courts

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Case No.:

1
2
3 PATRIOT'S HEART MEDIA NETWORK, )
  INC., Members JOHN DOES and JANE )
4 DOES 1-20, Registered Voters and Members )
  of PATRIOT'S HEART MEDIA NETWORK,)
5 INC., (728 NW HWY, Fox River Grove, IL )
  60021 847-304-8800) CARL SWENSSON(165
6 Burke St. Suite 101, Stockbridge, Ga 30281,
  678-438-6138), ROBERT DEBEAUX,( 4717 St,
7 Thomas Place, Fortworth, Tx 76135 817-798-1338)
  ROBERT D. PINKSTAFF, (10208 E.Shadybrool
8 Wichita, KS 67206 316-260-6397) and DR PENNY
  KELSO,(PMB 106, 3411B 82nd St., Lubbock, TX )
9 79423, 806-749-7387) )

Case: 1:09-mc-00442
Assigned To : Lamberth, Royce C.
Assign. Date : 8/19/2009
Description: Miscellaneous

10             Petitioners, )

**PETITION – FOR THE CONVENING OF A FEDERAL GRAND JURY**

11     vs. )
12 BARRY SOETORO, a/k/a BARACK )
   OBAMA, BARACK HUSSEIN OBAMA, )
13 a/k/a BARACK HUSSEIN OBAMA II, )
   a/k/a BARRY OBAMA, NANCY PELOSI, )
14 in her authority within the Democrat )
   National Committee, HOWARD DEAN, in )
15 his authority within the Democrat National )
   Committee, and JOHN DOES and JANE )
16 DOES, 1-20, members of media and press )
   organizations, )
17           Defendants. )

18
19     **We, the undersigned plaintiffs, appearing pro se and John and Jane Does from**

20 **Patriot's Heart Media Network, Inc, in accord with the directions of our convictions and**

21 **loyalty to the Constitutional Republic of the United States of America, on oath and before**

22 **God Almighty, set forth this petition in the United States District Court for the District of**

23 **Columbia, seeking a redress of our grievances in our prayer to seek the appointment and**

24 **convening of a Federal Grand Jury to investigate high crimes against the United States of**

25 **America as committed by the defendants whose names are set forth above based on the**

26 **allegations set forth below.**

Page 1 – PETITION – FOR THE CONVENING OF A FEDERAL GRAND JURY

**1.0 PARTIES**

1.1     Plaintiffs are American citizens and registered voters whose First Amendments rights to cast ballots in a national election without impermissible barriers have been deprived by the actions of the Defendants.

1.2     Defendants are all resident in or do business in the District of Columbia. Many of the acts complained of herein occurred in the District of Columbia.

1.3     Defendant BARRY SOETORO is believed to be an Indonesian citizen who has operated under the assumed names BARRY OBAMA, BARACK OBAMA, BARACK HUSSEIN OBAMA, and BARACK HUSSEIN OBAMA II without benefit of a legally recognized name change.

1.4     Defendant NANCY PELOSI, in her authority within the Democrat National Committee, is the duly authorized representative of the DNC who certified defendant BARACK OBAMA for nomination for the Presidency of the United States.

1.5     Defendant HOWARD DEAN, in his authority within the Democrat National Committee, is the duly authorized representative of the DNC who certified defendant BARACK OBAMA for nomination for the Presidency of the United States.

1.6     Defendants JOHN DOES and JANE DOES are members of the media and press organizations who have published writings within the jurisdiction of this court, which have alleged that there is no controversy concerning the citizenship of defendant BARRY SOETORO, that his site of his birth has been conclusively established, and that there is no controversy concerning his eligibility to hold the office of POTUS pursuant to Article II, Section I, paragraph 5 of the United States Constitution.

## 2.0 INTRODUCTION

In 1967, a young man born Barack Hussein Obama II, was adopted by his step-father Lolo Soetoro, when the family moved to Jakarta Indonesia. Pursuant to this adoption, he was legally renamed Barry Soetoro, his citizenship was declared as Indonesian so he could attend school, and his religion was declared to be Islam. See Exhibit 1. The divorce decree between Ann Soetoro and Lolo Soetoro of 1980 further confirms that Barry Soetoro, age 19 at the time of the divorce, was the legal child of his adoptive father, Lolo Soetoro. See Exhibit 2.

Barry Soetoro moved to Hawaii to live with his maternal grandmother in 1971, when he was 10 years old. It is believed that this is when Barry Soetoro first reassumed some form of his birth name, Barack or Barry Obama. Nonetheless, in 1981, when he was twenty years old, he traveled to Indonesia, Pakistan, India and Kenya on a passport that was not an American passport, exercising his foreign citizenship after his 18th birthday. There is no record and no claim by any party that Barry Soetoro affirmed US Citizenship by means of an oath before a magistrate after his eighteenth birthday.

Soetoro completed two years at Occidental College in California, before transferring to Columbia, where he allegedly completed his undergraduate degree. Soetoro is believed to have entered Columbia under the assumed name Barack Obama. Soetoro is alleged to have gone on to Harvard Law School, received a law degree and returned to Chicago to act as a community organizer with organizations such as ACORN.

Soetoro joined the Illinois Bar Association as Barack Obama, and claimed under oath that he had never been known by any other name. He later ran as a candidate for

state senate under an umbrella party (the New Party) of the Socialist Workers' Party in 1996. Soetoro was elected to the Illinois Senate in 1997 under the name Barack Obama, and held the post until 2004, when he was elected to the US Senate under the same name.

Soetoro began running for the Presidency of the United States in 2007 under the assumed name Barack Obama, until he was inaugurated, when he assumed the name Barack Hussein Obama (still not his birth name) for purposes of holding the Presidency.

At all material times in his political career, Soetoro has held himself out under assumed names, none of which were his birth name or his legal name.

Soetoro was born to British National father named Barack Hussein Obama on August 4, 1961, and an American mother named Stanley Ann Dunham. The site of his birth has not been established. In 1964, Kenya became a sovereign nation, and his father's nationality became Kenyan. Soetoro has admitted that he believed he held Kenyan citizenship until 1982, although his Indonesian citizenship likely destroyed his Kenyan/British citizenship. There is no evidence that Soetoro reaffirmed his British citizenship by oath following his 18th birthday, and there is no evidence that Soetoro reaffirmed his Kenyan citizenship following his 18th birthday, although he did exercise some foreign citizenship when he travelled to Pakistan in 1981. The nationality of his passport is unknown at this time.

The only eye-witness to the birth of Soetoro is his paternal grandmother, Sara Obama, who allegedly stated that she witnessed his birth in Coast Hospital in Mombasa, Kenya. See Exhibit 3. To date, there are no witnesses to Soetoro's birth in Honolulu, Hawaii – no OB-GYN, no mid-wife, no nurse, no hospital, no neighbor, no acquaintance,

1  no one. There are no witnesses to Ann Obama being in Hawaii from the period of

2  February 1961 to January 1963.

3        If Soetoro was born in Kenya as alleged, Soetoro's mother was incapable of

4  passing citizenship to Soetoro because of her age and because of the immigration laws in

5  place at that time. Soetoro would be unable to obtain citizenship by means of a simple

6  oath following his Indonesian citizenship; instead, Soetoro would be required to apply for

7  entry and citizenship like millions of others around the world seeking entry into the US.

8
9        Notwithstanding his British, Kenyan and Indonesian citizenships, his father's

10  citizenship alone is sufficient to disqualify Soetoro from the Presidency under Article II,

11  Section I, paragraph 5 of the U.S. Constitution.

12        Instead of being forthcoming, Soetoro has obfuscated, hidden, and spent over $1

13  million to keep his birth and schooling records a secret.

14
15        Pelosi and Reed certified to the state of Arizona that Soetoro was eligible to hold

16  the office of POTUS, and certified to the remaining fifty states that Soetoro was duly

17  nominated to be the Democrat candidate to the office of the Presidency.

18        John Does and Jane Does 1-2 are members of the media and press organizations

19  who were informed of the controversy surrounding the birth site of Soetoro and the

20  controversy surrounding his eligibility for the office of the Presidency because of his

21  failure to meet natural born citizen status, and elected to cover-up and defend Soetoro

22  rather than report the facts underlying the controversy.

23

24

25

26

Plaintiffs are asking this court to convene a criminal grand jury to review and examine the facts alleged herein and make a determination as to whether probable cause exists to issue indictments against some or all of the defendants.

## 3.0 STANDING

The denial of standing by the courts in this country on claims against usurpers of federal office is in itself an impermissible barrier to free speech which violates the First Amendment right to free association and the right to bring a petition for a redress of grievances. See *NAACP v. Alabama,* 357 U.S. 449 (1958); see also *Buckley v. Valeo*, 424 U.S. 1 (1976).

When Congress and the media have become so corrupted that they seek to apologize for a candidate who has usurped an office, the people have no recourse other than the courts to bring their redress of grievances. Plaintiffs have exhausted all remedies prior to bringing this action. This court is that last bastion of redress available to them.

## 4.0 APPOINTMENT OF GRAND JURY AS A REMEDY

The exercise of the Fifth Amendment to appoint grand juries has long been recognized by the federal courts including the Supreme Court of the United States in cases as recent as *United States v. Williams,* 504 U.S. 36 at 48 (1992), when the court said the following:

'[R]ooted in long centuries of Anglo-American history, *Hannah v. Larche*, 363 U.S. 420, 490 (1960) (Frankfurter, J., concurring in result), the grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first

three Articles. It "'is a constitutional fixture in its own right.'" United States v.

Chanen, 549 F.2d 1306, 1312 (CA9 1977) (quoting Nixon v. Sirica, 159 U.S.

App. D.C. 58, 70, n. 54, 487 F.2d 700, 712, n. 54 (1973)), *cert. denied*, 434 U.S.

825 (1977). ' "

"The grand jury is an institution separate from the courts, over whose

functioning the courts do not preside." *Id.*

"In fact, the whole theory of its function is that it belongs to no branch of

the institutional Government, serving as a kind of buffer or referee between the

Government and the people. See *Stirone v. United States,* 361 U.S. 212, 218

(1960); *Hale v. Henkel,* 201 U.S. 43, 61 (1906); G. Edwards, *The Grand Jury* 28-

32 (1906). Although the grand jury normally operates, of course, in the

courthouse and under judicial auspices, its institutional relationship with the

Judicial Branch has traditionally been, so to speak, at arm's length. Judges' direct

involvement in the functioning of the grand jury has generally been confined to

the constitutive one of calling the grand jurors together and administering their

oaths of office. *United States v. Williams,* 504 U.S. 36 at 48 (1992). Also see

*United States v. Calandra*, 414 U.S. 338, 343 (1974); Fed.Rule Crim.Proc. 6(a).

[504 U.S. 36, 48].

"The institution of the grand jury is deeply rooted in Anglo-American

history. In England, the grand jury served for centuries both as a body of accusers

sworn to discover and present for trial persons suspected of criminal wrongdoing

and as a protector of citizens against arbitrary and oppressive governmental

action. In this country, the Founders thought the grand jury so essential to basic liberties that they provided in the Fifth Amendment that federal prosecution for serious crimes can only be instituted by 'a presentment or indictment of a Grand Jury.' *United States v. Calandra,* 414 U.S. 338, 343 (1974), Cf. *Costello v. United States,* 350 U.S. 359, 361-362 (1956). The grand jury's historic functions survive to this day. Its responsibilities continue to include both the determination whether there is probable cause to believe a crime has been committed and the protection of citizens against unfounded criminal prosecutions. *Branzburg v. Hayes*, 408 U.S. 665, 686-687 (1972)."

### 4.1 Authority of the Citizens' Grand Jury to Bring Presentment

### HISTORY OF FEDERAL GRAND JURY POWER

"In addition to its traditional role of screening criminal cases for prosecution, common law grand juries had the power to exclude prosecutors from their presence at any time and to investigate public officials without governmental influence. These fundamental powers allowed grand juries to serve a vital function of oversight upon the government. The function of a grand jury to ferret out government corruption was the primary purpose of the grand jury system in ages past." CREIGHTON LAW REVIEW, Vol. 33, No. 4 1999-2000, 821, IF IT'S NOT A RUNAWAY, IT'S NOT A REAL GRAND JURY by Roger Roots, J.D.

The Fifth Amendment to the United States Constitution provides in operative part that "No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury."

In the newsletter of the American Jury Institute and the Fully Informed Jury Association, citing the famed American jurist, Joseph Story, the difference between and indictment issued by a grand jury and a presentment was explained as follows:

"An indictment is a written accusation of an offence preferred to, and presented, upon oath, as true, by a grand jury, at the suit of the government. An indictment is framed by the officers of the government, and laid before the grand jury. Presentments, on the other hand, are the result of a jury's independent action: 'A presentment, properly speaking, is an accusation, made by a grand jury of its own mere motion, of an offence upon its own observation and knowledge, or upon evidence before it, and without any bill of indictment laid before it at the suit of the government. Upon a presentment, the proper officer of the court must frame an indictment, before the party accused can be put to answer it.' "

"A 'runaway' grand jury, loosely defined as a grand jury which resists the accusatory choices of a government prosecutor, has improperly been eliminated by modern criminal procedure. Today's "runaway" grand jury is in fact the common law grand jury of the past. Prior to the emergence of governmental prosecution as the standard model of American criminal justice, all grand juries were in fact "runaways," according to the definition of modern times; they operated as completely independent, self-directing bodies of inquisitors, with power to pursue unlawful conduct to its very source, including the government itself." Creighton Law Review, *op. cit.*

The Constitution intended to give the grand jury power to instigate criminal charges, and this was especially true when it came to government

oversight. This power has been eroded by the overreach of the legislative branch. The Fifth Amendment to the Constitution still contains the same words quoted above, but if you sit on a grand jury and return a "presentment" today, some legislatures have required that a prosecutor or other officer of the court sign it or it may not be allowed to stand in court, rendering the criminal charges such independent grand juries have brought to the court's attention to be swept away. And the reason for this can be found in a legislative distortion of the actual underlying facts.

In 1946, the Federal Rules of Criminal Procedure were adopted, codifying what had previously been a vastly divergent set of common law procedural rules and regional customs. In general, an effort was made to conform the rules to the contemporary state of federal criminal practice. In the area of federal grand jury practice, however, a remarkable exception was allowed. The drafters of Rules 6 and 7, which loosely govern federal grand juries, denied future generations of what had been the well-recognized powers of common law grand juries: powers of unrestrained investigation and of independent declaration of findings. The committee that drafted the Federal Rules of Criminal Procedure provided no outlet for any document other than a prosecutor-signed indictment. In so doing, the drafters at least tacitly, if not affirmatively, opted to ignore explicit constitutional language.  Creighton Law Review, *op. cit.*

Rule 7 of the Federal Rules of Criminal Procedure (FRCP):

"An offense which may be punished by death shall be prosecuted by indictment. An offense which may be punished by imprisonment for a term exceeding one year or at hard labor shall be prosecuted by indictment."

There is no mention of "presentments" in Rule 7. But they are mentioned in Note 4 of the <u>Advisory Committee Notes on the Rules</u>:

> 4. Presentment is not included as an additional type of formal accusation, since presentments as a method of instituting prosecutions are obsolete, at least as concerns the Federal courts.

The American Juror published the following commentary with regards to Note 4:

> [W]hile the writers of the federal rules made provisions for indictments, they made none for presentments. This was no oversight. According to Professor Lester B. Orfield, a member of the Advisory Committee on Rules of Criminal Procedure, the drafters of Federal Rules of Criminal Procedure Rule 6 decided the term presentment should not be used, even though it appears in the Constitution. Orfield states [22 F.R.D. 343, 346]:

> 'There was an annotation by the Reporter on the term presentment as used in the Fifth Amendment. It was his conclusion that the term should not be used in the new rules of criminal procedure. Retention might encourage the use of the run-away grand jury as the grand jury could act from their own knowledge or observation and not only from charges made by the United States attorney. It has become the practice for the United States Attorney to attend grand jury hearings, hence the use of presentments have been abandoned.'

The statement "Retention might encourage the grand jury [to] act from their own knowledge or observation" is a usurpation of Constitutional power expressly granted to the citizens of this nation under both the Fifth and Tenth Amendments to the United States Constitution, power that was intended by the founding fathers, in their incredible wisdom, to provide citizens with oversight over tyrannical government. These due process rights are the preferred mechanism of the constitutional republic for the combating of tyranny, and there is no time more pressing than our current estate for the exercise of these rights.

The state, seeking to further alienate the exercise of powers expressly given to citizens in this country, then went out to brand such an exercise as a "runaway grand jury." A runaway grand jury is nothing more and nothing less than a constitutionally mandated grand jury, aware of their power, and legally exercising that power to hold the federal beast in check, as in "checks and balances." As a result of this statist tactic to improperly disempower the Fifth Amendment, the grand jury has relegated to the position of submissive puppet to the US Attorney.

The American Juror publication *American Juror* went on to say in a very relevant commentary:

> Of course, no statute or rule can alter the provisions of the Constitution, since it is the supreme law of the land. But that didn't prevent the federal courts from publishing a body of case law affirming the fallacy that presentments were abolished. A particularly egregious example:

'A rule that would permit anyone to communicate with a grand jury without the supervision or screening of the prosecutor or the court would compromise, if not utterly subvert, both of the historic functions of the grand jury, for it would facilitate the pursuit of vendettas and the gratification of private malice. A rule that would open the grand jury to the public without judicial or prosecutorial intervention is an invitation to anyone interested in trying to persuade a majority of the grand jury, by hook or by crook, to conduct investigations that a prosecutor has determined to be inappropriate or unavailing.'

As a result, the investigation of seditious, corrupt, or illegal acts of government officials can be deemed inappropriate or unavailing by the prosecutor, or a judge can dismiss the grand jurors pursuing such investigations. Consequently, corrupt government officials have few natural enemies and go about their business unimpeded. To further authorize this unconstitutional impediment to the exercise of Fifth Amendment rights of a grand jury to issue a presentment, FRCP authors in 1946 added the following Rule 6(g):

"At any time for cause shown the court may excuse a juror either temporarily or permanently, and in the latter event the court may impanel another person in place of the juror excused." Now judges can throw anyone off a grand jury, or even disimpanel a grand jury entirely, merely for exercising its discretion.

The authors of the new Federal Rules did not, however, render common law use presentments illegal or unconstitutional – they merely attempted to render them obsolete. Note 4 to Rule 7 of the FRCP provides as follows:

"4. Presentment is not included as an additional type of formal accusation, since *presentments as a method of instituting prosecutions are obsolete*, at least as concerns the Federal courts."

The key word is, "obsolete." Obsolete means "outmoded,", or "not in use anymore", but it does not mean "abolished" or "illegal." What was once obsolete in the minds of the modernists in 1946 is now both appropriate and relevant.

The Constitution provides for "presentments." The Federal Rules of Civil Procedure as they were enacted do not mention presentments, nor do they ban presentments, and if they did, such a ban would be unconstitutional, since an administrative enactment regarding procedure cannot overrule the Constitution. Note 4 simply states that "presentments" allowed for in the 5th Amendment of the Constitution have become "obsolete", or outmoded, which is not to say that they were "eliminated." Nothing can be "eliminated" from the Constitution by an administrative note.

Further, plaintiffs have no alternative except for a grand jury. The Department of Justice, the organization empowered under the executive branch to investigate and bring actions to determine whether crimes have been committed under federal law, is currently headed by a man appointed to the position by the alleged usurper of the office of the Presidency. It is therefore futile to ask Attorney General Holder to prosecute his mentor.

## 5.0 JURISDICTION AND VENUE

Jurisdiction is proper under Article III, Section 2, which provides in operative part that "[t]he judicial Power shall extend to all Cases, in Law and Equity, arising under this

Constitution, the Laws of the United States," as further iterated pursuant to 28 U.S.C.A. § 1331.

This complaint arises under rights exercised pursuant to the First Amendment, the Fifth Amendment and Tenth Amendment to the United States Constitution.

Personal jurisdiction over the defendants is properly found in this court, since the defendants are resident in the District of Columbia, or have perpetrated acts within the jurisdiction of this court in the District of Columbia D.C. Venue is therefore proper in the United States District Court for the District of Columbia.

## 6.0 STATEMENT OF APPLICABLE FACTS

The Territorial Public Health Statistics Act in the 1955 Revised Laws of Hawaii

On October 31, 2008, Dr. Chiyome Fukino, the Director of the Hawaii Department of Health released the following statement:

> There have been numerous requests for Sen. Barack Hussein Obama's official birth certificate. State law (Hawai'i Revised Statutes §338-18) prohibits the release of a certified birth certificate to persons who do not have a tangible interest in the vital record. Therefore, I as Director of Health for the State of Hawai'i, along with the Registrar of Vital Statistics who has statutory authority to oversee and maintain these type of vital records, have personally seen and verified that the Hawai'i State Department of Health has Sen. Obama's original birth certificate on record in accordance with state policies and procedures.

Here is a summary of Hawaii's "state policies and procedures" in 1961.

In the State of Hawaii, back in 1961, there were four different ways to get an "original birth certificate" on record. They varied greatly in their reliability as evidence. For convenience, they are labeled BC1, BC2, BC3, and BC4.

**BC1.** If the birth was attended by a physician or mid wife, the attending medical professional was required to certify to the Department of Health the facts of the birth

date, location, parents' identities and other information. (See Section 57-8 & 9 of the

Territorial Public Health Statistics Act in the 1955 Revised Laws of Hawaii which was in

effect in 1961).

Below is a true and accurate facsimile of a "long form" birth certificate used by

the State of Hawaii in 1961, carefully denoted as a "Certificate of Live Birth." This

language is extremely important, when compared with the fraudulent document released

by Soetoro, the Daily Kos and fightthesmears.org.



Actual long form Certificate of Live Birth similar to one Obama refuses to release

**BC2.** In 1961, if a person was born in Hawaii but not attended by a physician or

midwife, then all that was required was that one of the parents send in a birth certificate

to be filed. The birth certificate could be filed by mail. There appears to have been no requirement for the parent to actually physically appear before "the local registrar of the district." It would have been very easy for a relative to forge an absent parent's signature to a form and mail it in. In addition, if a claim was made that "neither parent of the newborn child whose birth is unattended as above provided is able to prepare a birth certificate, the local registrar shall secure the necessary information from any person having knowledge of the birth and prepare and file the certificate." (Section 57-8&9) The Hawaiian Department of Health currently (as of 2008) requires only proof of residency to back up a parent's claim that a child was born in Hawaii, such as a driver's license. Ann Dunham had acquired a driver's license by the summer of 1961 at the age of 17. The state of Hawaii would also accept a telephone bill, a pre-natal (statement or report that a woman was pregnant) and a post-natal (statement or report that a new-born baby has been examined) certification by a physician, although pre-natal and post-natal certifications had probably not been in force in the 1960s. There is and was no requirement for a physician or midwife to witness, state or report that the baby was born in Hawaii.

**BC3.** In 1961, if a person was born in Hawaii but not attended by a physician or midwife, then, up to the first birthday of the child, a "Delayed Certificate" could be filed, which required that "a summary statement of the evidence submitted in support of the acceptance for delayed filing or the alteration [of a file] shall be endorsed on the certificates", which "evidence shall be kept in a special permanent file." The statute provided that "the probative value of a 'delayed' or 'altered' certificate shall be

determined by the judicial or administrative body or **official** before whom the certificate is offered as evidence." (See Section 57- 9, 18, 19 & 20 of the Territorial Public Health Statistics Act in the 1955 Revised Laws of Hawaii which was in effect in 1961)."

This form of vault birth certificate, the Delayed Certificate, required no more than a statement before a government bureaucrat by one of the parents or one of Soetoro's grandparents. Ann Dunham did not have to be present for this statement or even in the country.

**BC4.** If a child is born in Hawaii, for whom no physician or mid wife filed a certificate of live birth, and for whom no Delayed Certificate was filed before the first birthday, then a Certificate of Hawaiian Birth could be issued upon testimony of an adult **(including the subject person [i.e. the birth child as an adult)** if the Office of the Lieutenant Governor was satisfied that a person was born in Hawaii, provided that the person had attained the age of one year. (See Section 57-40 of the Territorial Public Health Statistics Act in the 1955 Revised Laws of Hawaii which was in effect in 1961.) In 1955 the "secretary of the Territory" was in charge of this procedure. In 1960 it was transferred to the Office of the Lieutenant Governor ("the lieutenant governor, or his secretary, **or such other person as he may designate or appoint from his office**" §338-41 [in 1961]).

/ / /

/ / /

/ / /

/ / /

**Certification of Live Birth, released by Obama**

In 1982, the vital records law was amended to create a fifth kind of "original birth certificate." Under Act 182 H.B. NO. 3016-82, "Upon application of an adult or the legal parents of a minor child, the director of health shall issue a birth certificate for such adult or minor, provided that the proof has been submitted to the director of health that the legal parents of such individual while living without the Territory or State of Hawaii had declared the Territory or State of Hawaii as their legal residence for at least one year immediately preceding the birth or adoption of such child." In this way "state policies and procedures" accommodate even "children born out of State" (this is the actual language of Act 182) with an "original birth certificate on record." So it is even possible that the birth certificate referred to by Dr Fukino is of the kind specified in Act 182. This possibility cannot be dismissed because such a certificate certainly satisfies Dr Fukino's

statement that "I as Director of Health for the State of Hawai'i, along with the Registrar of Vital Statistics who has statutory authority to oversee and maintain these type of vital records, have personally seen and verified that the Hawai'i State Department of Health has Sen. Obama's original birth certificate on record in accordance with state policies and procedures."

Soetoro has admitted that he was a Kenyan citizen until 1982, and it is possible that he believes that he achieved citizenship when he secured a BC5 in 1982 under the assumed name Barack Hussein Obama II. It is noteworthy that this Certification of Live Birth (not a Certificate of Live Birth) has the conspicuous statement at the bottom: ANY ALTERATIONS INVALIDATES THIS CERTIFICATE, and that the Certification has been altered, as the number has been blacked out. This document, together with a newspaper clipping from 1961, were the only two pieces of evidence provided by Soetoro to buttress his claims of an American birth, prior to the release of another and yet another Certification of Live Birth that surfaced on the internet following Polarik's forensic audit which declared this particular certification to be a forgery.

Sections 57-8, 9, 18, 19, 20 & 40 of the Territorial Public Health Statistics Act may explain why Barack Obama has refused to release the original vault birth certificate. If the original certificate were the standard BC1 type of birth certificate, he would have allowed its release and brought the controversy to a quick end. But if the original certificate is of the other kinds, then Obama would have a very good reason not to release the vault birth certificate. For if he did, then the tape recording of Obama's Kenyan grandmother asserting that she was present at his birth in Kenya becomes far more

important. As does the Kenyan ambassador's assertion that Barack Obama was born in Kenya, as well as the sealing of all government and hospital records relevant to Obama by the Kenyan government. And the fact that though there are many witnesses to Ann Dunham's presence on Oahu from Sept 1960 to Feb 1961, there are no witnesses to her being on Oahu from March 1961 to August 1962 when she returned from Seattle and the University of Washington. No Hawaiian physicians, nurses, or midwives have come forward with any recollection of Barack Obama's birth.

The fact that Obama refuses to release the vault birth certificate that would instantly clear up this matter indicates that the vault birth certificate is probably a BC2 or possibly a BC3.

It is almost certainly a BC 3 or even a BC 4 if the "Certification of Live Birth" posted on the Daily Kos blog and the fightthesmears.com website by the Obama campaign is a forgery. Ron Polarik has made what several experts claim to be a cogent case that it is a forgery. See Exhibit 5.

Here are 2 of Polarik's websites: http://bogusbirthcertificate.blogspot.com/ http://bogusbithcertificate.blogspot.com/

However, the likelihood that this computer-generated "Certification of Live Birth" was forged, is, I believe, increased by the fact that it has been pretty clearly established that Obama "either didn't register for the draft or did so belatedly and fraudulently. The documents indicate that it's one or the other." http://www.debbieschlussel.com/archives/004431print.html The forgery of Obama's selective service registration was necessary, because according to Federal law, "A man

1  must be registered to be eligible for jobs in the Executive Branch of the Federal

2  government and the U.S. Postal Service. This applies only to men born after December

3  31, 1959." http://usmilitary.about.com/cs/wars/a/draft2.htm)

4  Dr Fukino's statement in no way attested to (or even addressed the issue of) the

5  authenticity of the "Certification of Live Birth" (and the information that appears on it)

6  that the Daily Kos blog and the Obama campaign posted on line. Dr Fukino merely

7  stated that "I as Director of Health for the State of Hawai'i, along with the Registrar of

8  Vital Statistics who has statutory authority to oversee and maintain these type of vital

9  records, have personally seen and verified that the Hawai'i State Department of Health

10

11  has Sen. Obama's original birth certificate on record in accordance with state policies and

12  procedures."

13  If there is no hospital or physician record in the vault birth certificate, then he

14  wasn't born in a hospital in Hawaii. And a home birth or non-hospital birth can then be

15  ruled out for the following reason.

16

17  When someone has a home birth or is not born in a hospital, this becomes a part

18  of his family's lore and is now and again spoken of by his parents. He and his siblings

19  grow up knowing that he was born at home or his uncle's house, etc. The fact that

20  someone in the campaign told a Washington Post reporter that he was born in Kapiolani

21  hospital and his sister said he was born at Queens hospital indicates that there was not

22  and is not any Obama/Dunham family memory of a home birth or non-hospital birth in

23  Hawaii. And if there is no hospital record in the original vault birth certificate, then he

24  was not born in a hospital in Hawaii.

25

26

Instead of the birth certificate on file at the Hawaii Dept of Health, the Obama campaign posted on the Daily Kos blog and the Fightthesmears website a "Certification of Live Birth". The Certification of Live Birth is not a copy of the original birth certificate. It is a computer-generated document that the state of Hawaii issues on request to indicate that a birth certificate of some type is "on record in accordance with state policies and procedures". And there is the problem. Given the statutes in force in 1961, the Certification of Live Birth proves nothing unless we know what is on the original birth certificate. There are several legal areas (involving ethnic quotas and subsidy) for which the state of Hawaii up until June 2009 did not accept its computer-generated Certification of Live Birth as sufficient proof of birth in Hawaii or parentage. Why should the citizens of the United States be content with lower standards for ascertaining the qualifications of their President?

If you combine an awareness of what the Certification of Live Birth posted on the internet really is with 1) a knowledge of the relevant statutes in 1961 and 2) Obama's stubborn refusal to permit the release of the real birth certificate and his determination to fight any legal actions that would compel him to do so, it becomes clear that there is no logical explanation for Obama's refusal without taking into consideration the relevant statutes. Then his behavior becomes clear. The Territorial Public Health Statistics Act in the 1955 Revised Laws of Hawaii is the missing piece of the puzzle.

Most people think of a birth certificate as a statement by a hospital or midwife with a footprint, etc. (That may be why some main-stream journalists have straight out lied about this. Jonathan Alter, senior editor at Newsweek magazine, for example, told

Keith Olbermann on MSNBC on Feb 20, 2009 that "They [the Republicans] are a party that is out of ideas so they have to resort to these lies about the fact that he's not a citizen. This came up during the campaign, Keith. **The Obama campaign actually posted his birth certificate from a Hawaii hospital online.**" But it is Alter who resorted to lying to the American people on television. "The Obama campaign" never "actually posted his birth certificate from **a Hawaii hospital online.**" On July 17, 2009 CNN's Kitty Pilgrim lied when she stated that the Obama campaign had produced "the **original birth certificate**" on the internet and that FactCheck.org had examined the original birth certificate; whether it was forged or not, the Certification of Live Birth that was posted by the campaign and FactCheck.org is not, and by definition, cannot be the original birth certificate or a copy of the original birth certificate. There were no computer generated Certifications of Live Birth in 1961, the year Obama was born. Obama's original birth certificate (whether it was filed in 1961 or later) was a very different document from the Certification of Live Birth on FactCheck.org. On the FactCheck.org web site, the claim is made that "FactCheck.org staffers have now seen, touched, examined and photographed the original birth certificate." So FactCheck.org is lying about this as well.

FactCheck.org gets its prestige from a reputation for objectivity. Why would those who run this site choose to tell so obvious a lie and so endanger the site's reputation? The answer is in the date of the posting, August 21, 2008. It was in mid-August that questions about the Certification of Live Birth began to reach a critical mass and threaten to enter the public discourse. The mostly pro-Obama television and newspaper/magazine media had to be given an excuse and cover for their collective

decision to dismiss or ignore the substantial questions about whether Obama met the qualifications for the office set forth in Article II section I of the Constitution. And those reporters and editors who were not in the tank for Obama had to be deceived. After Labor Day the swing voters would begin to pay attention to the Presidential campaign. The truth had to be killed. And with its lie about "how it examined and photographed **the original birth certificate**", FactCheck.org killed it.)

Most people would not consider a mailed-in form by one of his parents (who could have been out of the country or whose signature could have been forged by a grandparent) or a sworn statement by one of his grandparents or by his mother or even a sworn statement by himself many years later to be sufficient evidence (when set next to the statements by his paternal grandmother and the Kenyan ambassador that he was born in another country). Unless the American people are shown the original birth certificate, all of these are possibilities. And if Obama refuses to allow the state of Hawaii to release the original birth certificate, it begins to look like he was not born in a Hawaii hospital or at home with the assistance of a doctor or midwife. A reasonable person would acknowledge that there are serious reasons to doubt that Barack Obama was born in the United States. This is especially true because, if Obama was born in a foreign country, his family had a compelling reason to lie about it.

In 1961 if a 17 year old American girl gave birth in a foreign country to a child whose father was not an American citizen, that child had **no** right to any American citizenship, let alone the "natural born" citizenship that qualifies someone for the Presidency under Article II, Section 1 of the Constitution.

In 1961, the year that Barack Obama was born, under Sec. 301 (a) of the Immigration and Nationality Act of 1952, Ann Dunham could not transmit citizenship of any kind to Barack Obama. " 7 FAM 1133.2-2 Original Provisions and Amendments to Section 301 (CT:CON-204; 11-01-2007) "a. Section 301 as Effective on December 24, 1952: When enacted in 1952, section 301 required a U.S. citizen married to an alien to have been physically present in the United States for ten years, including five after reaching the age of fourteen, to transmit citizenship to foreign-born children. The ten-year transmission requirement remained in effect from 12:01 a.m. EDT December 24, 1952, through midnight November 13, 1986, and still is applicable to persons born during that period.

"As originally enacted, section 301(a)(7) stated: Section 301. (a) The following shall be nationals and citizens of the United States at birth: (7) a person born outside the geographical limits of the United States and its outlying possessions of parents one of whom is an alien, and the other a citizen of the United States who, prior to the birth of such person, was physically present in the United States or its outlying possessions for a period or periods totaling not less than ten years, at least five of which were after attaining the age of fourteen years: Provided, That any periods of honorable service in the Armed Forces of the United States by such citizen parent may be included in computing the physical presence requirements of this paragraph."

The Immigration and Nationality Corrections Act (Public Law 103-416) on October 25, 1994 revised this law to accommodate "a person born outside the geographical limits of the United States and its outlying possessions of parents one of

whom is an alien, and the other a citizen of the United States who, prior to the birth of such person, was physically present in the United States or its outlying possessions for a period or periods totaling not less than five years, at least two of which were after attaining the age of fourteen years".

But in 1961, if Barack Obama had been born outside of the country, the Dunham family had no way of knowing that in 1994 Congress would pass a law that would retroactively make him a citizen. At that time, the only way to get citizenship for him would be to take advantage of one of the loopholes in the Territorial Public Health Statistics Act.

People can debate the meaning of the term "natural-born citizen" as long as they like but this is clear: If, in 1961, 17 year old Ann Dunham gave birth to a child on foreign soil whose father was not an American citizen, then the Immigration and Nationality Act at that time denied Barack Obama any right to American citizenship of any kind. Therefore if at the time of **his birth** Obama was ineligible for American citizenship of any kind, then he cannot be a **"natural-born** citizen". This is true even if the Immigration and Nationality Act was changed 33 years after he was born. Even if the law was retroactively changed to grant citizenship (but not "natural-born" citizenship) to some of those who had at birth been denied it. If a person is **not at the time of his birth** an American citizen, he cannot be a **natural-born** citizen. Therefore, that person is ineligible under Article II, Section1 for the Office of President of the United States. It is only by examining the 18th century usage and definition of a term that we can ascertain its meaning in the Constitution. In the 18th century, and at the time of the

framing and ratification of the Constitution by the states, the term "natural-born" subject or citizen was always used or defined in such a way as to **exclude** the child of a British or American girl or woman when that child was born in a foreign country and that child's father was a foreign citizen. No 18th century jurist would have thought the term "natural-born" citizen or subject could have been extended to the child of a British or American girl or woman when that child was born in a foreign country and that child's father was a foreign citizen.

Here is Blackstone's classic exposition in 1765 of the legal meaning of the term from the *Commentaries on the Laws of England.*

William Blackstone, *Commentaries* 1:354, 357–58, 361–62 1765

> "Natural-born subjects are such as are born within the dominions of the crown of England, that is, within the ligeance, or as it is generally called, the allegiance of the king; and aliens, such as are born out of it.. . .
>
> "When I say, that an alien is one who is born out of the king's dominions, or allegiance, this also must be understood with some restrictions. The common law indeed stood absolutely so; with only a very few exceptions: so that a particular act of parliament became necessary after the restoration, for the naturalization of children of his majesty's English subjects, born in foreign countries during the late troubles. And this maxim of the law proceeded upon a general principle, that every man owes natural allegiance where he is born, and cannot owe two such allegiances, or serve two masters, at once. Yet the children of the king's embassadors born abroad were always held to be natural subjects: for as the

father, though in a foreign country, owes not even a local allegiance to the prince to whom he is sent; so, with regard to the son also, he was held (by a kind of postliminium) to be born under the king of England's allegiance, represented by his father, the embassador. To encourage also foreign commerce, it was enacted by statute 25 Edw. III. st. 2. that all children born abroad, provided *both* their parents were at the time of the birth in allegiance to the king,...might inherit as if born in England: and accordingly it hath been so adjudged in behalf of merchants. But by several more modern statutes these restrictions are still farther taken off: so that all children, born out of the king's ligeance, whose *fathers* were natural-born subjects, are now natural-born subjects themselves, to all intents and purposes, without any exception; unless their said fathers were attainted, or banished beyond sea, for high treason; or were then in the service of a prince at enmity with Great Britain." [The italics are Blackstone's]

The irresponsible confirmation in the Senate of the irresponsible tallying of votes in the Electoral College does not supersede the clear meaning of Article II, Section 1. If it is allowed to stand, disregard of the Constitution by all branches of the government would be openly established. To all who believe that the Constitution is the government's basic law, that the Constitution is the only instrument that gives the enactments of Congress and the commands of the Executive validity, it will be clear that the rule of law in the United States is a fiction.

Journalists and politicians complain that we must avoid a Constitutional crisis, but there already is a Constitutional crisis. It has been caused by Obama's refusal to take the

simple step to clear the matter up. The power of the Executive branch has been compromised. Its right to collect taxes and sign Congressional enactments into law, in fact all of its powers, have become problematic. Since their validity under Section I is now doubtful, they depend on the illegal exercise of force. Since officers of the American military take their oath on commissioning to the Constitution and not the President, their obedience to the Commander-in-Chief has lapsed and, if they challenge or resist his authority, any courts-martial will also be an illegal exercise of force. The only way out of the present Constitutional crisis is for Obama to do as McCain did when he was confronted by far less pressing doubts about the circumstances of his birth. He must disclose his vault birth certificate. Since the document has been so suspiciously withheld for so long, it should be subjected to rigorous forensic tests. Then whatever is on it should be judicially assessed together with the claims that have been made that Barack Obama was born on foreign soil.

It should be added that "Obama's top terrorism and intelligence adviser, John O. Brennan, heads a firm that was cited in March for breaching sensitive files in the State Department's passport office, according to a State Department Inspector General's report released this past July.

"The security breach, first reported by the Washington Times and later confirmed by State Department spokesman Sean McCormack, involved a contract employee of Brennan's firm, The Analysis Corp., which has earned millions of dollars providing intelligence-related consulting services to federal agencies and private companies.

1  "During a State Department briefing on March 21, 2008, McCormack confirmed

2  that the contractor had accessed the passport files of presidential candidates Barack

3  Obama, Hillary Rodham Clinton, and John McCain, and that the inspector general had

4  launched an investigation.

5  "Sources who tracked the investigation tell Newsmax that the main target of the

6  breach was the Obama passport file, and that the contractor accessed the file in order to

7  'cauterize' the records of potentially embarrassing information.

8  " 'They looked at the McCain and Clinton files as well to create confusion,' one

9  knowledgeable source told Newsmax. 'But this was basically an attempt to cauterize the

10  Obama file.'

11  "At the time of the breach, Brennan was working as an unpaid adviser to the

12  Obama campaign.

13  " 'This individual's actions were taken without the knowledge or direction of

14  anyone at The Analysis Corp. and are wholly inconsistent with our professional and

15  ethical standards,' Brennan's company said in a statement sent to reporters after the

16  passport breach was made public.

17  "The passport files include 'personally identifiable information such as the

18  applicant's name, gender, social security number, date and place of birth, and passport

19  number,' according to the inspector general report.

20  "The files may contain additional information including 'original copies of the

21  associated documents,' the report added. Such documents include birth certificates,

naturalization certificates, or oaths of allegiance for U.S.-born persons who adopted the citizenship of a foreign country as minors."

"The State Department Office of Inspector General (OIG) issued a 104-page report on the breach last July. Although it is stamped 'Sensitive but Unclassified,' the report was heavily redacted in the version released to the public, with page after page blacked out entirely."

http://www.newsmax.com/timmerman/brennan_passport_breach/2009/01/12/170430.html

The following **may** be relevant:

http://www.washingtontimes.com/news/2008/apr/19/key-witness-in-passport-fraud-case-fatally-shot/

**Key witness in passport fraud case fatally shot**

Saturday, April 19, 2008

A key witness in a federal probe into passport information stolen from the State Department was fatally shot in front of a District church, the Metropolitan Police Department said yesterday.
Lt. Quarles Harris Jr., 24, who had been cooperating with a federal investigators, was found late Thursday night slumped dead inside a car, in front of the Judah House Praise Baptist Church in Northeast, said Cmdr. Michael Anzallo, head of the department's Criminal Investigations Division.
Cmdr. Anzallo said a police officer was patrolling the neighborhood when gunshots were heard, then Lt. Harris was found dead inside the vehicle, which investigators would describe only as a blue car.
Emergency medics pronounced him dead at the scene.
City police said they do not know whether his death was a direct result of his cooperation with federal investigators.
We don't have any information right now that connects his murder to that case," Cmdr. Anzallo said.
Police say a "shot spotter" device helped an officer locate Lt. Harris.
A State Department spokeswoman yesterday declined to comment, saying the investigation into the passport fraud is ongoing.

The Washington Times reported April 5 that contractors for the State Department had improperly accessed passport information for presidential candidates Sens. Hillary Rodham Clinton, Barack Obama and John McCain, which resulted in a series of firings that reached into the agency's top ranks.

One agency employee, who was not identified in documents filed in U.S. District Court, was implicated in a credit-card fraud scheme after Lt. Harris told federal authorities he obtained "passport information from a co-conspirator who works for the U.S. Department of State.

There is a possibility that the breaches of the passport files associated with the "credit-card fraud scheme" were a cover for or associated with the breaches of the passport files by the employee of Brennan's Analysis Corp. This certainly at least should be looked into.

Until June 2009, the reasonable doubts about where Obama was born could have quickly and finally been resolved if he had authorized the release by the Hawaiian Dept of Health of his original birth certificate or else applied for it himself and released it to the media. But as these doubts have increased and reached the point where they are no longer a "fringe" phenomenon, the Hawaiian state government has recently taken certain steps that would create procedural and possibly legal barriers to a resolution of the controversy. Given the slipperiness that characterized the statements of Chiyome Fukino, the Dept's Director, and Janice Okubo, the Dept's spokesperson, to the media on this issue, it is, I think, also reasonable to regard these steps with suspicion.

A family that I am acquainted with has a child who was born in Hawaii 6 months ago. They filled out and mailed in a form to the Dept of Health, as did their doctor. In return the Dept sent them in the first week of June, 2009, the same abbreviated computer-generated form that last year on the Daily Kos and subsequently on the Obama campaign web site was called a "Certification of Live Birth". The form that this family received

this year is identical in format to the Certification of Live Birth on the Daily Kos web site with one exception: the title at the top of the form.

A Certification of Live Birth is an abbreviated document that provides none of the probative information that **was or wasn't** on Barack Obama's **original** Certificate of Live Birth. Unlike the Certificate of Live Birth of the time when Barack Obama was born, the new Certificate of Live Birth provides no real evidence of where a child was born or indication of where such evidence might be found. It provides no information that would demonstrate to the people of the United States whether there is convincing evidence that he was actually born here or whether a relative or two (or possibly even Barack Obama himself) just made a statement to that effect to a low level bureaucrat. (As is permitted under Section 57-40 of the Territorial Public Health Statistics Act in the 1955 Revised Laws of Hawaii.)

On June 7, 2009, a spokeswoman for the Hawaii Department of Health told a rather obvious lie (or engaged in a pretty transparent verbal deception) in another attempt to discourage further investigation into the issue of whether Barack Obama was born on Oahu. "The state Department of Health no longer issues copies of paper birth certificates as was done in the past", said spokeswoman Janice Okubo. "The department only issues 'certifications' of live births, and that is the 'official birth certificate' issued by the state of Hawaii, she said. " [Honolulu Star Bulletin]

http://www.starbulletin.com/columnists/kokualine/20090606_kokua_line.html

This statement was false or deliberately very misleading. Here, from a Hawaii state document that was posted on June 10, 2009, is a description of how to apply for "the

original Certificate of Live Birth" (the original birth certificate) as opposed to the Certification of Live Birth:

"In order to process your application [to prove native Hawaiian ancestry], DHHL [Department of Hawaiian Homelands] utilizes information that is found only on the original Certificate of Live Birth, which is either black or green. This is a more complete record of your birth than the Certification of Live Birth (a computer-generated printout). Submitting the original Certificate of Live Birth will save you time and money since the computer-generated Certification requires additional verification by DHHL.

"Please note that DOH [Department of Health] no longer offers same day service. If you plan on picking up your certified DOH document(s), you should allow at least 10 working days for DOH to process your request(s), OR four to six weeks if you want your certified certificate(s) mailed to you."

http://hawaii.gov/dhhl/applicants/appforms/applyhhl

Ms. Okubo's statement gave the false impression that Obama could not gain access to or release "the original Certificate of Live Birth", and that it was the DOH's policy rather than his own reluctance that was responsible for the holding back of this Certificate. This was an obvious deception. The document at the Department of Hawaiian Home Lands website indicates that at the time she made this statement it was false, and that a procedure was in place for application for "the original Certificate of Live Birth."

Only the information on the original birth certificate, "the original Certificate of Live Birth", can demonstrate to the people of the United States whether there is

convincing evidence that he was actually born here or whether a relative or two (or possibly even Barack Obama himself) just made a statement to that effect to a low level bureaucrat.

On July 8, 2009 the web site World Net Daily reported that "The state, which had excluded the controversial document [the Certification of Live Birth] as proof of native Hawaiian status, has changed its policy and now makes a point of including it."
http://www.wnd.com/index.php?fa=PAGE.view&pageId=103408

Here is the new statement on the Department of Hawaiian Home Lands web site [July 8, 2009]. "The Department of Hawaiian Home Lands accepts both Certificates of Live Birth [original birth certificates and the recently renamed abbreviated computer printouts] and Certifications of Live Birth [as the abbreviated computer printouts were up till recently called] because they are official government records documenting an individual's birth... Although original birth certificates (Certificates of Live Birth) are preferred for their greater detail, the State Department of Health (DOH) no longer issues Certificates of Live Birth. When a request is made for a copy of a birth certificate, the DOH issues a Certification of Live Birth."
http://hawaii.gov/dhhl/applicants/appforms/applyhhl

The web site theobamafile.com picked up this significant change in procedure on the Dept. of Hawaiian Homelands website on June 18, 2009.
http://www.theobamafile.com/_BogusPOTUS/20090608.htm#HawaiiRuleChange

Sometime between June 10, 2009 and June 18, 2009 the State of Hawaii changed its rule on what documents and data were necessary to prove Hawaiian ancestry, thereby

upgrading the apparent status of the abbreviated Certification of Live Birth which it had formerly regarded as insufficiently probative. Why?

On June 6, Janice Okubo, the Dept of Health spokeswoman, also told the Star Bulletin that "The electronic record of the birth is what (the Health Department) now keeps on file in order to provide same-day certified copies at our help window for most requests." There is a troubling ambiguity in this statement. A sophisticated forensic investigation would probably be able to determine whether the original paper Certificate of Live Birth was forged, altered, or authentic. But if the data from the original paper Certificates of Live Birth has been transferred to an electronic record and then the original documents were discarded, part of the data could easily have been changed in the transfer or subsequently altered. We know from a document posted on June 10, 2009 on the Department of Hawaiian Homelands website that up until very recently, the original paper Certificates of Live Birth were maintained by the Dept of Health, and copies of them were provided to confirm claims of Hawaiian ancestry. But if in June the Department of Hawaiian Homelands has decided that it will no longer require the original Certificate of Live Birth as proof for special privileges and the Department of Health spokesman says firmly that they will no longer provide copies of these original certificates, is it possible that, in the midst of the controversy over where Barack Obama was born, the Hawaiian state government has destroyed the original paper certificate of live birth?

## 7.0 PRESENTMENT OF FINDINGS

///

Plaintiffs believe that probable cause exists to warrant the indictment of the above-named defendants on the following charge:

TREASON – Against the United States of America

Article III, Section 3 of the United States Constitution provides as follows:

Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort, No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act[1], or on Confession in open Court.

See Cramer v. United States, 325 U.S. 1 (1945), (affirming that treason is limited to the waging of war[2] or the giving of material assistance to an enemy).

Plaintiffs charge the following:

**Soetoro has never established that defendant is eligible under the laws of the Constitution of the United States as provided for in Article II, Section 1 to obtain to the office of the President.**

Article II, Section 1, Paragraph 5 states:

*"No person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty-five Years, and been fourteen Years a Resident within the United States."*

---

[1] Overt acts are such acts as manifest a criminal intention and tend towards the accomplishment of the criminal object. *Cramer v. United States*, 325 U.S. 1, 7 (1945).

[2] War is a reciprocated, armed conflict, between two or more non-congruous entities, aimed at reorganizing a subjectively designed, geo-politically desired result.

Soetoro has admitted that he is the son of Stanley Ann Dunham and Barack Hussein Obama, and that he was born on August 4, 1961. This record is further corroborated with the Decree of Divorce between S. A. Dunham and B. H. Obama entered on March 4, 1964.

Defendant has admitted that at the time of his birth, his father was a British citizen and a Kenyan national. It is a matter of public record that Stanley Ann Dunham, at the time of defendant's birth, was 18 years of age.

Defendant, through third parties acting on his behalf, has tendered a discredited and apparently forged Certification of Live Birth claiming to be from the state of Hawaii. See Exhibit 5.

Defendant's grandmother has stated emphatically that she was present at the time of his birth at the Coast Hospital in Mombasa, Kenya, and his half-brothers have attested to his Kenyan birth. See Affidavit of Kweli Shuhubia attached hereto as Exhibit 4.

No person or entity has appeared as a witness to his alleged birth in Hawaii, and there is no evidence other than the forged Certification of Live Birth indicating that defendant was born on American soil. Defendant has refused to release his actual Certificate of Live Birth, and has proffered no other evidence to establish a birth on American soil.

Therefore, Plaintiff has determined that probable cause exists to conclude that defendant is not a "natural born citizen" of the United States of America, as required under Article II, Section 1, Paragraph 5, of the United States Constitution, and further

that defendant has failed to establish that he is in fact a citizen of the United States of America.

## 2) <u>Obama was a British citizen 'at birth.'</u>

These facts are not in dispute: Under the British Nationality Act 1948, Obama's father was a British citizen/subject when he was born in the English colony of Kenya. Obama's father continued to be such and not a U.S. citizen when Obama was born in 1961. Under the same BNA 1948, at birth, regardless of where he was born, Obama also became a British citizen/subject by descent from his British father.

As applicable only to a Presidential Article II 'natural born Citizen': ...the individual must be born in the United States to a mother and father who are themselves United States citizens (by birth or naturalization). This is to assure that a would-be, all powerful President and Commander in Chief of the Military has sole allegiance and loyalty to the United States from the time of birth.

It is public knowledge that Obama has admitted in his writings and otherwise that when he was born, his father was a British citizen/subject and not a United States citizen and that at that time he himself also became such. In fact, his father was not even a permanent resident of the United States, but rather only a student who would probably have been here only on a temporary student visa. Hence, not only was Obama's father not a United States citizen but Obama himself was born a British subject/citizen. Hence, clearly, Obama is not and cannot be an Article II 'natural born Citizen.' The operative facts are not in dispute."

/ / /

### Defendants' Concealment of Soetoro's Birth Record
### is a High Crime Against the United States of America

Because Soetoro has broken in and entered the White House by force of contrivance, concealment, conceit, dissembling and deceit, and has seized the seat of the Presidency and has stripped civilian command and control over the military of the United States of America with the intent of destroying and overthrowing the Constitution of the United States of America. Since seizing power illegally and by artifices of fraud, Soetoro has obligated the United States of America to the single largest debt ever incurred by a nation state in history, has nationalized industries by means of unconstitutional and *ultra vires* contractual arrangements, and has proposed a eugenics program similar in content to Hitler's Aktion T-4 euthanasia program declared by the Nuremburg tribunals to be crimes against humanity, which intend to deprive the sick and elderly of health care and which will advise those on Medicare how to die.

Defendants, acting in concert, have worked to defraud Plaintiffs and to otherwise hinder plaintiffs protected speech and their expression of speech in their vote for the Presidency, using the interstate mail system and other forms of interstate communication, and by making false statements concerning the birth site of Soetoro, his legal name, and his background, all acts for which there is probable cause to believe that the following federal criminal statutes have been violated:

- 13 U.S.C. § 241 – Conspiracy against civil rights

- 19 U.S.C. § 391 – Conspiracy to commit offense or to defraud United States

- 29 U.S.C. § 594 – Intimidation of voters

- 43 U.S.C. § 911 – False Personation; Citizen of the United States

- 43 U.S.C. § 912 – False Personation; Officer or employee of the United States

- 47 U.S.C. §1001 [3]- Fraud and False Statements-Statements or entries generally

- 47 U.S.C. § 1002. Fraud and False Statements - Possession of false papers to defraud United States

- 47 U.S.C. § 1015 – Fraud and False Statements. Naturalization, citizenship or alien registry

    (c) Whoever uses or attempts to use any certificate of arrival, declaration of intention, certificate of naturalization, certificate of citizenship or other documentary evidence of naturalization or of citizenship, or any duplicate or copy thereof, knowing the same to have been procured by fraud or false evidence or without required appearance or hearing of the applicant in court or otherwise unlawfully obtained; or
    (d) Whoever knowingly makes any false certificate, acknowledgment or statement concerning the appearance before him or the taking of an oath or affirmation or the signature, attestation or execution by any person with respect to any application, declaration, petition, affidavit, deposition, certificate of naturalization, certificate of citizenship or other paper or writing required or authorized by the laws relating to immigration, naturalization, citizenship, or registry of aliens; or
    (e) Whoever knowingly makes any false statement or claim that he is, or at any time has been, a citizen or national of the United States, with the intent to obtain on behalf of himself, or any other person, any Federal or State benefit or service, or to engage unlawfully in employment in the United States; or
    (f) Whoever knowingly makes any false statement or claim that he is a citizen of the United States in order to register to vote or to vote in any Federal, State, or local election (including an initiative, recall, or referendum)—

---

[3] 47 U.S.C. § 1001. Statements or entries generally

(a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—
(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
(2) makes any materially false, fictitious, or fraudulent statement or representation; or
(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;
shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.

Shall be fined under this title or imprisoned not more than five years, or both. Subsection (f) does not apply to an alien if each natural parent of the alien (or, in the case of an adopted alien, each adoptive parent of the alien) is or was a citizen (whether by birth or naturalization), the alien permanently resided in the United States prior to attaining the age of 16, and the alien reasonably believed at the time of making the false statement or claim that he or she was a citizen of the United States.

- 47 U.S.C. § 1017 – Fraud and False Statements - Government seals wrongfully used and instruments wrongfully sealed

- 47 U.S.C. § 1028. Fraud and related activity in connection with identification documents, authentication features, and information

(a) Whoever, in a circumstance described in subsection (c) of this section—

(1) knowingly and without lawful authority produces an identification document, authentication feature, or a false identification document;

(2) knowingly transfers an identification document, authentication feature, or a false identification document knowing that such document or feature was stolen or produced without lawful authority;

(3) knowingly possesses with intent to use unlawfully or transfer unlawfully five or more identification documents (other than those issued lawfully for the use of the possessor), authentication features, or false identification documents;

(4) knowingly possesses an identification document (other than one issued lawfully for the use of the possessor), authentication feature, or a false identification document, with the intent such document or feature be used to defraud the United States;

(5) knowingly produces, transfers, or possesses a document-making implement or authentication feature with the intent such document-making implement or

authentication feature will be used in the production of a false identification

document or another document-making implement or authentication feature which

will be so used;

**(6)** knowingly possesses an identification document or authentication feature that is

or appears to be an identification document or authentication feature of the United

States or a sponsoring entity of an event designated as a special event of national

significance which is stolen or produced without lawful authority knowing that such

document or feature was stolen or produced without such authority;

**(7)** knowingly transfers, possesses, or uses, without lawful authority, a means of

identification of another person with the intent to commit, or to aid or abet, or in

connection with, any unlawful activity that constitutes a violation of Federal law, or

that constitutes a felony under any applicable State or local law; or

**(8)** knowingly traffics in false or actual authentication features for use in false

identification documents, document-making implements, or means of identification;

shall be punished as provided in subsection (b) of this section.

**(b)** The punishment for an offense under subsection (a) of this section is—

**(1)** except as provided in paragraphs (3) and (4), a fine under this title or

imprisonment for not more than 15 years, or both, if the offense is—

**(A)** the production or transfer of an identification document, authentication feature, or

false identification document that is or appears to be—

**(i)** an identification document or authentication feature issued by or under the

authority of the United States; or

**(ii)** *a birth certificate,* [bold and italics added] or a driver's license or personal

identification card;

**(B)** the production or transfer of more than five identification documents, authentication features, or false identification documents;

**(C)** an offense under paragraph (5) of such subsection; or

**(D)** an offense under paragraph (7) of such subsection that involves the transfer, possession, or use of 1 or more means of identification if, as a result of the offense, any individual committing the offense obtains anything of value aggregating $1,000 or more during any 1-year period;

**(2)** except as provided in paragraphs (3) and (4), a fine under this title or imprisonment for not more than 5 years, or both, if the offense is—

**(A)** any other production, transfer, or use of a means of identification, an identification document,,[1] authentication feature, or a false identification document; or

**(B)** an offense under paragraph (3) or (7) of such subsection;

**(3)** a fine under this title or imprisonment for not more than 20 years, or both, if the offense is committed—

**(A)** to facilitate a drug trafficking crime (as defined in section 929 (a)(2));

**(B)** in connection with a crime of violence (as defined in section 924 (c)(3)); or

**(C)** after a prior conviction under this section becomes final;

**(4)** a fine under this title or imprisonment for not more than 30 years, or both, if the offense is committed to facilitate an act of domestic terrorism (as defined under section 2331 (5) of this title) or an act of international terrorism (as defined in section 2331 (1) of this title);

**(5)** in the case of any offense under subsection (a), forfeiture to the United States of any personal property used or intended to be used to commit the offense; and

**(6)** a fine under this title or imprisonment for not more than one year, or both, in any other case.

**(c)** The circumstance referred to in subsection (a) of this section is that—

**(1)** the identification document, authentication feature, or false identification document is or appears to be issued by or under the authority of the United States or a sponsoring entity of an event designated as a special event of national significance or the document-making implement is designed or suited for making such an identification document, authentication feature, or false identification document;

**(2)** the offense is an offense under subsection (a)(4) of this section; or

**(3)** either—

**(A)** the production, transfer, possession, or use prohibited by this section is in or affects interstate or foreign commerce, ***including the transfer of a document by electronic means*** [bold and italics added]; or

**(B)** the means of identification, identification document, false identification document, or document-making implement is transported in the mail in the course of the production, transfer, possession, or use prohibited by this section.

**(d)** In this section and section 1028A—

**(1)** the term "authentication feature" means any hologram, watermark, certification, symbol, code, image, sequence of numbers or letters, or other feature that either individually or in combination with another feature is used by the issuing authority on an identification document, document-making implement, or means of identification to determine if the document is counterfeit, altered, or otherwise falsified;

**(2)** the term "document-making implement" means any implement, impression, template, computer file, computer disc, electronic device, or computer hardware or

software, that is specifically configured or primarily used for making an identification document, a false identification document, or another document-making implement;

**(3)** the term "identification document" means a document made or issued by or under the authority of the United States Government, a State, political subdivision of a State, a sponsoring entity of an event designated as a special event of national significance, a foreign government, political subdivision of a foreign government, an international governmental or an international quasi-governmental organization which, when completed with information concerning a particular individual, is of a type intended or commonly accepted for the purpose of identification of individuals;

**(4)** the term "false identification document" means a document of a type intended or commonly accepted for the purposes of identification of individuals that—

**(A)** is not issued by or under the authority of a governmental entity or was issued under the authority of a governmental entity but was subsequently altered for purposes of deceit; and

**(B)** appears to be issued by or under the authority of the United States Government, a State, a political subdivision of a State, a sponsoring entity of an event designated by the President as a special event of national significance, a foreign government, a political subdivision of a foreign government, or an international governmental or quasi-governmental organization;

**(5)** the term "false authentication feature" means an authentication feature that—

**(A)** is genuine in origin, but, without the authorization of the issuing authority, has been tampered with or altered for purposes of deceit;

**(B)** is genuine, but has been distributed, or is intended for distribution, without the authorization of the issuing authority and not in connection with a lawfully made

identification document, document-making implement, or means of identification to
which such authentication feature is intended to be affixed or embedded by the
respective issuing authority; or

**(C)** appears to be genuine, but is not;

**(6)** the term "issuing authority"—

**(A)** means any governmental entity or agency that is authorized to issue identification
documents, means of identification, or authentication features; and

**(B)** includes the United States Government, a State, a political subdivision of a State,
a sponsoring entity of an event designated by the President as a special event of
national significance, a foreign government, a political subdivision of a foreign
government, or an international government or quasi-governmental organization;

**(7)** the term "means of identification" means any name or number that may be used,
alone or in conjunction with any other information, to identify a specific individual,
including any—

**(A)** name, social security number, date of birth, official State or government issued
driver's license or identification number, alien registration number, government
passport number, employer or taxpayer identification number;

**(B)** unique biometric data, such as fingerprint, voice print, retina or iris image, or
other unique physical representation;

**(C)** unique electronic identification number, address, or routing code; or

**(D)** telecommunication identifying information or access device (as defined in section
1029 (e));

**(8)** the term "personal identification card" means an identification document issued
by a State or local government solely for the purpose of identification;

**(9)** the term "produce" includes alter, authenticate, or assemble;

**(10)** the term "transfer" includes selecting an identification document, false identification document, or document-making implement and placing or directing the placement of such identification document, false identification document, or document-making implement on an online location where it is available to others;

**(11)** the term "State" includes any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, and any other commonwealth, possession, or territory of the United States; and

**(12)** the term "traffic" means—

**(A)** to transport, transfer, or otherwise dispose of, to another, as consideration for anything of value; or

**(B)** to make or obtain control of with intent to so transport, transfer, or otherwise dispose of.

**(e)** This section does not prohibit any lawfully authorized investigative, protective, or intelligence activity of a law enforcement agency of the United States, a State, or a political subdivision of a State, or of an intelligence agency of the United States, or any activity authorized under chapter <u>224</u> of this title.

**(f) Attempt and Conspiracy.**— Any person *who attempts or conspires to commit any offense under this section shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy.* [Bold and italics added].

**(g) Forfeiture Procedures.**— The forfeiture of property under this section, including any seizure and disposition of the property and any related judicial or administrative proceeding, shall be governed by the provisions of section 413 (other than subsection

(d) of that section) of the Comprehensive Drug Abuse Prevention and Control Act of 1970 (21 U.S.C. 853).

**(h) Forfeiture; Disposition.**— In the circumstance in which any person is convicted of a violation of subsection (a), the court shall order, in addition to the penalty prescribed, the forfeiture and destruction or other disposition of all illicit authentication features, identification documents, document-making implements, or means of identification.

**(i) Rule of Construction.**— For purpose of subsection (a)(7), a single identification document or false identification document that contains 1 or more means of identification shall be construed to be 1 means of identification.

- 69 U.S.C. § 1425 - Procurement of citizenship or naturalization unlawfully

**(a)** Whoever knowingly procures or attempts to procure, contrary to law, the naturalization of any person, or documentary or other evidence of naturalization or of citizenship; or

**(b)** Whoever, whether for himself or another person not entitled thereto, knowingly issues, procures or obtains or applies for or otherwise attempts to procure or obtain naturalization, or citizenship, or a declaration of intention to become a citizen, or a certificate of arrival *or any certificate or evidence of nationalization or citizenship, documentary or otherwise, or duplicates or copies of any of the foregoing*— [bold and italics added]

Shall be fined under this title or imprisoned not more than 25 years (if the offense was committed to facilitate an act of international terrorism (as defined in section 2331 of this title)), 20 years (if the offense was committed to facilitate a drug trafficking crime (as defined in section 929 (a) of this title)), 10 years (in the case of the first or

second such offense, if the offense was not committed to facilitate such an act of international terrorism or a drug trafficking crime), or 15 years (in the case of any other offense), or both.

- 115 U.S.C. § 2381 – Treason
- 115 U.S.C. § 2382 – Misprision of Treason - Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

## PRAYER FOR RELIEF

WHEREFORE, plaintiffs prays for relief as follows:

A.      That this court appoint and convene a federal grand jury to investigate the high crimes set forth herein by the defendants.

B.      That the court award such other relief in law and equity as the court deems proper.

# VERIFICATION OF CLAIMS

The Statements and Claims made herein are the statements and claims of the plaintiffs and those statements incorporated herein of others as part of the public record concerning these matter. On oath and subject to the laws of perjury, we the undersigned plaintiffs affirm and assert that the preceding allegations and factual statements, including those factual statements alleged on information and belief are true to the best of our knowledge, and that we have asserted these claims, being legally competent to testify to these matters, and having acted voluntarily without promise of payment or by threat; in good faith and based upon our understanding of the United States Constitution and the duly enacted laws which spring there under.

On our sacred honor and in witness before God.

*Carl A. Swensson, Jr,*
CARL SWENSSON
Signed from this location (Address) *165 Butler St #101 Stockbridge, Ga, 30281*
(Phone) *678-738-6138* on this *7* day of August, 2009.


_____
ROBERT DEBEAUX
Signed from this location (Address)_____
(Phone) _____ on this ___ day of August, 2009.


_____
(ROBERT (Bob) D. PINKSTAFF (Ret Gunnery Sergeant (E7)
Signed from this location (Address)_____
(Phone) _____ on this ___ day of August, 2009.


_____
DR PENNY KELSO
Signed from this location (Address)_____
Phone _____ on this ___ day of August, 2009.


_____
PATRIOT'S HEART MEDIA NETWORK
BY IT'S DULY AUTHORIZED REPRESENTATIVE,
Signed from this location (Address)_____
Phone _____ on this ___ day of August, 2009.

## VERIFICATION OF CLAIMS

The Statements and Claims made herein are the statements and claims of the plaintiffs and those statements incorporated herein of others as part of the public record concerning these matter. On oath and subject to the laws of perjury, we the undersigned plaintiffs affirm and assert that the preceding allegations and factual statements, including those factual statements alleged on information and belief are true to the best of our knowledge, and that we have asserted these claims, being legally competent to testify to these matters, and having acted voluntarily without promise of payment or by threat; in good faith and based upon our understanding of the United States Constitution and the duly enacted laws which spring there under.

On our sacred honor and in witness before God.

_____
CARL SWENSSON
Signed from this location (Address)_____
(Phone) _____ on this ___ day of August, 2009.

ROBERT DEBEAUX
Signed from this location (Address) 4717 ST, THOMAS PL. Fort worth TX 76135
(Phone) 817 798 1338 on this 17 day of August, 2009.

_____
(ROBERT (Bob) D. PINKSTAFF (Ret Gunnery Sergeant (E7)
Signed from this location (Address)_____
(Phone) _____ on this ___ day of August, 2009.

_____
DR PENNY KELSO
Signed from this location (Address)_____
Phone _____ on this ___ day of August, 2009.

_____
PATRIOT'S HEART MEDIA NETWORK
BY IT'S DULY AUTHORIZED REPRESENTATIVE,
Signed from this location (Address)_____
Phone _____ on this ___ day of August, 2009.

# VERIFICATION OF CLAIMS

The Statements and Claims made herein are the statements and claims of the plaintiffs and those statements incorporated herein of others as part of the public record concerning these matter. On oath and subject to the laws of perjury, we the undersigned plaintiffs affirm and assert that the preceding allegations and factual statements, including those factual statements alleged on information and belief are true to the best of our knowledge, and that we have asserted these claims, being legally competent to testify to these matters, and having acted voluntarily without promise of payment or by threat; in good faith and based upon our understanding of the United States Constitution and the duly enacted laws which spring there under.

On our sacred honor and in witness before God.


_____
CARL  SWENSSON
Signed from this location (Address)_____
(Phone) _____ on this ___ day of August, 2009.


_____
ROBERT DEBEAUX
Signed from this location (Address)_____
(Phone) _____ on this ___ day of August, 2009.


_Robert (Bob) D. Pinkstaff (Ret Gunnery Sergeant (E7)_
(ROBERT (Bob) D. PINKSTAFF (Ret Gunnery Sergeant (E7)
Signed from this location (Address) _10208 E. SHADYBROOK, Wichita, KS 67206_
(Phone) _316-260-6397_ on this _17_ day of August, 2009.


_____
DR PENNY KELSO
Signed from this location (Address)_____
Phone _____ on this ___ day of August, 2009.


_____
PATRIOT'S HEART MEDIA NETWORK
BY IT'S DULY AUTHORIZED REPRESENTATIVE,
Signed from this location (Address)_____
Phone _____ on this ___ day of August, 2009.

## VERIFICATION OF CLAIMS

The Statements and Claims made herein are the statements and claims of the plaintiffs and those statements incorporated herein of others as part of the public record concerning these matter. On oath and subject to the laws of perjury, we the undersigned plaintiffs affirm and assert that the preceding allegations and factual statements, including those factual statements alleged on information and belief are true to the best of our knowledge, and that we have asserted these claims, being legally competent to testify to these matters, and having acted voluntarily without promise of payment or by threat; in good faith and based upon our understanding of the United States Constitution and the duly enacted laws which spring there under.

On our sacred honor and in witness before God.

_____
CARL SWENSSON
Signed from this location (Address)_____
(Phone) _____ on this ___ day of August, 2009.

_____
ROBERT DEBEAUX
Signed from this location (Address)_____
(Phone) _____ on this ___ day of August, 2009.

_____
(ROBERT (Bob) D. PINKSTAFF (Ret Gunnery Sergeant (E7)
Signed from this location (Address)_____
(Phone) _____ on this ___ day of August, 2009.

Dr. Penny Kelso
DR PENNY KELSO
Signed from this location (Address) PMB#106, 3411 B 8and St, Lubbock, TX 7942
Phone (806) 749-7387 on this 17th day of August, 2009.

_____
PATRIOT'S HEART MEDIA NETWORK
BY IT'S DULY AUTHORIZED REPRESENTATIVE,
Signed from this location (Address)_____
Phone _____ on this ___ day of August, 2009.

# VERIFICATION OF CLAIMS

The Statements and Claims made herein are the statements and claims of the plaintiffs and those statements incorporated herein of others as part of the public record concerning these matter. On oath and subject to the laws of perjury, we the undersigned plaintiffs affirm and assert that the preceding allegations and factual statements, including those factual statements alleged on information and belief are true to the best of our knowledge, and that we have asserted these claims, being legally competent to testify to these matters, and having acted voluntarily without promise of payment or by threat; in good faith and based upon our understanding of the United States Constitution and the duly enacted laws which spring there under.

On our sacred honor and in witness before God.

_____
CARL  SWENSSON
Signed from this location (Address)_____
(Phone) _____ on this ___ day of August, 2009.

_____
ROBERT DEBEAUX
Signed from this location (Address)_____
(Phone) _____ on this ___ day of August, 2009.

_____
(ROBERT (Bob) D. PINKSTAFF (Ret Gunnery Sergeant (E7)
Signed from this location (Address)_____
(Phone) _____ on this ___ day of August, 2009.

_____
DR PENNY KELSO
Signed from this location (Address)_____
Phone _____ on this ___ day of August, 2009.

_____ Atty at Law
PATRIOT'S HEART MEDIA NETWORK
BY IT'S DULY AUTHORIZED REPRESENTATIVE,
Signed from this location (Address) 3002 Colby Ave #306, Everett, WA 98201
Phone 425 605 4774 on this 17th day of August, 2009.

Page 52 – PETITION – FOR THE CONVENING OF A FEDERAL GRAND JURY