UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRIOT'S HEART MEDIA NETWORK, INC., et al., ) ) ) ) Petitioners, ) ) v. ) ) BARRY SOETORO, et al., ) ) Respondents. ) ) | Case No. 09-mc-442 (RCL) |

## ORDER

On September 10, 2009, by Memorandum and Order, this petition was dismissed for lack of jurisdiction. This action was not, however, terminated on the active dockets of the Court. On April 12, 2013, the Court erroneously issued an order to show cause why this matter should not be terminated. In response, the Court received the attached petition, which shall be filed in the record of this matter. There is no legal basis upon which this Court can take the action requested. Accordingly, the matter shall be terminated on the active dockets of this Court as having been dismissed.

It is **SO ORDERED** this 7th day of October 2013.

ROYCE C. LAMBERTH
United States District Judge