

# Animal Housecalls

3411 B 82nd Street Suite 106

Lubbock, Texas 79423

(806) 749-PETS (7387)

penkelso@yahoo.com

PETITION for REDRESS OF GRIEVANCES

RESPONSE to order filed on April 12, 2013

By Chief Judge Royce C. Lamberth,

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

By

Dr. Penny C. Kelso, D.V.M.

April 19, 2013

Pacer Case# 09-442 is a PETITION for REDRESS OF GRIEVANCES. It is NOT an adversarial LAWSUIT seeking a Constitutional court where the petitioners are required to prove standing, in order to have jurisdiction. This petition is not a lawsuit between two adversaries where the petitioners must prove that certain, direct damage, injury, or legal harm happened to them; that this direct damage was indeed done by the defendants, and as determined with their proper identification, and that this particular District Court of the District of Columbia has the ability and jurisdiction to resolve a direct dispute.

Pacer #09-442 is merely an attempt to inform (a petition, if you will) a public office holder, a judge, the Honorable Judge Royce C. Lamberth, specifically, about a probable cause of criminal activity by certain named defendants. As citizens at large of the United States, and not certainly not legally trained, we most certainly would be very prone to perhaps not use all the correct legal words or format, or even to properly understand the options you have to further deal with this information.

This information has NOTHING to do with standing, mine, or anybody else's, or where the jurisdiction would be appropriate – even an anonymous phone call from a never identified caller is encouraged by law enforcement, or even has been used to stop &/or bring justice to many types of crimes.

A PETITION is a complaint, given here to a Judge who represents the Judicial system, for a court can not respond with a mouth or set of actions any more than the US Constitution can, being only a paper, of grievances for the public office holder, the Judge, to issue an order(s) for someone else to address these grievances (which may be by a grand jury, another may be a citizen's grand jury,

etc) AND what CAN or SHOULD be done to FIX the probable problem.

As you took an oath of office (VOW) to uphold and defend the US Constitution and protect the citizens, and you have a duty as part of your job, to review any information of probable cause of criminal activity as is the case for any of our public office holders, including even for the office of President, Congress, etc.

Anyone can give information to any public office holder about probable cause of a crime(s) committed, even anonymously, and that job holder is under OATH to listen, review, or pay attention to any such information, AND if evidence is present, then ACTION is warranted. Especially if evidence is presented from other public office holders, i.e. law enforcement officials, this research evidence should carry enough weight to warrant further action.

SUMMARY of ABOVE: Any information about possible crime can be given to any public office holder. Then it is the duty of the public servant who has taken their oath of office to: in the case of a Judge who interprets the Constitution, to: 1. Review the information and determine if the Rule of Law has been defiled 2. A. Issue order(s) for others to address the alleged criminal i.e. arrest them

2. B. Set their sentence(s) I may not have these steps in exact chronological order i.e. there could be in between steps, but merely ignoring the given information is corrupt, and also not following through on doing something about any uncovered crimes is also corrupt. All parts are necessary for a true redress of grievances.

This information is not just for academics. Neither is it being presented to Congress – they are merely political. This has nothing to do with election cycles and any limited time frame. Judges are to interpret the Rule of Law in season and out of season. The US Constitution means what it means! The US Constitution can only be defended in reality by being sustained by its first line of defense – its Judges who correctly understand what it means – forever. But this is not where its rightful defense ends, either! This would be no more than a toothless, powder-puff, powerless, would-be lion! The next step for the Judge after determining whether there is probable cause of misconduct by someone because their actions are contrary/against upholding the meaning of the US Constitution, is to ISSUE orders to have someone (a person(s) with a mouth, lawful authority

and authority to carry a weapon, etc., to literally and directly address any grievances against the Rule of Law (USC) and thus also against We the People. The court (in reality, the Judge) has the #2 duty of issuing an order for someone, i.e. any and all i.e. a sheriff, group of sheriffs, FBI, CIA, etc to arrest the alleged criminals as named in this 09-442. This is to arrest but not to kill, yet if any one of them refuses to be arrested the law is the law for them, too, and they must be forcefully arrested if they don't cooperate. If any one of them or their supporters should try to shoot, kill, or harm the law enforcers of the ordered arrest, then they should have their right to self-defense. We are NOT a third world coupe with an illegal Communist Dictator that nobody can remove and a one party system. We are a Constitutional Republic government OF the PEOPLE, FOR the PEOPLE, and BY the PEOPLE! So help me, GOD!

Enough stonewalling, and enough research and investigations have been done. We do not need yet another costly taxpayer funded coverup – legal court for an indefinite time whereby POTUS et al defendents can use legal TECHNICALITIES and loopholes and unscrupulous "witnesses", "attorneys", etc., to further strip America the Beautiful and still REMAIN in control of 305 million souls and all our resources.

Due Process of Law: 1. Substantive – freedom of speech, privacy, etc
                     2. Procedural – right to adequate notice of lawsuit, right to know the charges, right to be present during testimony, right to an attorney (not funded by our taxes)

POTUS has voluntarily declined too numerous to count times to show up in court; he has even been in direct contempt of court. POTUS perjured himself on the day of his first inauguration, as he knowingly did NOT uphold and defend the US Constitution by not even being a natural born citizen. I ask you, Honorable Judge Lambreth, is POTUS ABOVE the Rule of Law? Is the Judicial system of America the toothless, fairy-tale footstool of POTUS?

Will you DO as Adrian (receptionist in your office that I spoke with on Wed, 4/17/13, about 4:00 PM CST) informed me? . . . . If I responded in writing by Monk, 4/222/13, you would definitely review all the more recent research, of which most was not available back in 2009. I only had yesterday and today to do this, after getting the correct understanding of your letter on Wed evening, and as I own my own business, I really needed more time to adequately respond.

GOD promises in His scriptures that those that KNOW their GOD shall do great and mighty exploits. Every word of Psalm 91 promises GREAT protection and deliverance for those that KNOW their GOD and TRUST in Him. Our Team 6 Navy Seals are the best of the best; our Border Patrols; our Benghazi killed; must I go on? These souls are precious in GOD'S eyes and He is looking to and fro throughout the whole earth to see who will do His will.

Sincerely,
Penny C. Kelso, D.V.M.

# oaths of office for POTUS

Blessings to you, the readers of this page, in Jesus Christ our Lord.
May He guide you and protect you always.

## Oaths Of Office In The United States

By Rev. Bill McGinnis
<http://www.loveallpeople.org/revbillmcginnis.html>, Director -
LoveAllPeople.org <http://www.loveallpeople.org>

*The Constitution specifies *the exact oath of office to be taken by the President of the United States. And it outlines the requirements of oaths of office to be taken by other public officials, in the Federal Government and in the States. The United States Code then specifies the exact oaths of office for three different categories of Federal personnel: Most Other Officials, Federal Justices and Judges, and Military Enlisted Personnel.

### Oath Of Office For The President

. . . as specified in the Constitution, Article II, Section 1.

*"I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will to the best of my Ability, preserve, protect and defend the Constitution of the United States." *

> Before he enter on the Execution of his Office,
> he shall take the following Oath or Affirmation:-"I
> do solemnly swear (or affirm) that I will faithfully
> execute the Office of President of the United States,
> and will to the best of my Ability, preserve, protect
> and defend the Constitution of the United
> States."

Source: Constitution Of The United States - See Article II, Section1
http://www.loveallpeople.org/usconstitutiona.txt

And the outline for the oaths of other Public Officials is shown here:

> The Senators and Representatives before mentioned,
> and the Members of the several State Legislatures,
> and all executive and judicial officers, both
> of the United States and of the several States, shall
> be bound by Oath or Affirmation, to support this
> Constitution; but no religious Test shall ever be required
> as a qualification to any Office or public
> Trust under the United States.

Constitution: See Article VI

> The Oath Of Office For Most Other Federal Officials, Other Than
> The President (including the Vice President, Cabinet members,
> members of Congress, Presidential civilian appointees, military
> officers, and civil servants)

. . . as outlined in the Constitution and specified in the United States Code, 5USC3331.

*"I, AB, do solemnly swear (or affirm) that I will support and defend

oaths of office for POTUS

the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God." *

TITLE 5--GOVERNMENT ORGANIZATION AND EMPLOYEES

PART III--EMPLOYEES

Subpart B--Employment and Retention

CHAPTER 33--EXAMINATION, SELECTION, AND PLACEMENT

SUBCHAPTER II--OATH OF OFFICE

Sec. 3331. Oath of office
    An individual, except the President, elected or appointed to an office of honor or profit in the civil service or uniformed services, shall take the following oath: ``I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.'' This section does not affect other oaths required by law.

Source: United States Code - 5USC3331 - located at
http://www.gpoaccess.gov/uscode/


The Oath Of Office For Supreme Court Justices And Other Federal Judges

*"I, ___ ___, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. So help me God." *


TITLE 28--JUDICIARY AND JUDICIAL PROCEDURE

PART I--ORGANIZATION OF COURTS

CHAPTER 21--GENERAL PROVISIONS APPLICABLE TO COURTS AND JUDGES

Sec. 453. Oaths of justices and judges
    Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: ``I, ___ ___, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. So help me God.''


Source: United States Code - 28USC453 - located at
http://www.gpoaccess.gov/uscode/


The Military Enlistment Oath (for enlisted personnel)

oaths of office for POTUS

"I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God." \*

\*NOTE:\* Military enlisted personnel swear to obey the orders given to them by their officers, up through their chain of command, to the President. No people other than enlisted military swear any kind of oath to obey the President. The first obligation of Military Officers and Government officials is to obey the Constitution and the duly-enacted Laws, not to obey the President. Even Executive Branch officials must not obey the President if he asks them to do anything which is unlawful. This is their Constitutional obligation, which their oath of office compels them to obey.

TITLE 10--ARMED FORCES

Subtitle A--General Military Law

PART II--PERSONNEL

CHAPTER 31--ENLISTMENTS

Sec. 502. Enlistment oath: who may administer
   Each person enlisting in an armed force shall take the following oath:
   'I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.''
This oath may be taken before any commissioned officer of any armed force.

Source : United States Code - 10USC502 - at
http://www.gpoaccess.gov/uscode/

MORE

\*For an excellent discussion of military oaths, please see this official essay at
http://www.airpower.maxwell.af.mil/airchronicles/apj/apj02/win02/keskel.html
<http://www.airpower.maxwell.af.mil/airchronicles/apj/apj02/win02/keskel.html> \*

\*Blessings to you. May God help us all. \*

\*       Rev. Bill McGinnis, Director - LoveAllPeople.org

\*If you are looking for a spiritual home, please visit our website at => InternetChurchOfChrist.org
<http://www.internetchurchofchrist.org>
\*\*\* Bible-Based, Christian, Progressive, Universalist \*\*\* \*



**Animal Housecalls**

3411 B 82nd Street Suite 106

Lubbock, Texas 79423

(806) 749-PETS (7387)

penkelso@yahoo.com   4/19/13

www.drpkelso.com

AP 03/02/2013 Arizona Sheriff Joe Arpaio
unveils Obama birth certificate probe
by Jacques Billeaud

The Western Center For Journalism
 Sheriff Joe Arpaio Obama Eligibility Investigation
Results - Full Video

Follow-ups - all over media & online

1. Presentments of numerous citizen grand juries - Bob Campbell-American
2. Sheriff Joe Arpaio, CSOs and Posses                    Grand Jury / MACK ELLIS-US
3. In the office - Fires Judges- Federal etc                                    Grand Jury
4. our original 181 pages of research                   8. Attempt to kill well known senator
5. Criminal activity since 2001                         9. ? ? harassing & punishing Muslim
   1. Fast & Furious                                       terrorism about a Fort Hood TXTX
   2. Benghazi
   3. not protecting our borders + deaths of Border Patrol officers      ? ? ? history + history mouth for
   4. Fed over Suing state of Arizona                                    Dem Pres candidate
   5. "    "    "   "  of New Mexico for water rights                   Sec of state of (Hawaii) Biden
   6. Arab Spring incitement                                             Pelosi, Reid, Howard Dean etc